# LAMB & BARNOSKY, LLP
### ATTORNEYS AT LAW

EUGENE R. BARNOSKY
SHARON N. BERLIN*
ROBERT H. COHEN
MICHELLE S. FELDMAN
MARCIA L. FINKELSTEIN
STEVEN GODSBERG
MICHAEL J. HELLER**
SCOTT M. KARSON
P.L. LAMB
JOEL M. MARKOWITZ
ALYSON MATHEWS
JEFFREY A. ZANKEL
RICHARD K. ZUCKERMAN

COUNSEL
PATRICIA C. DELANEY
MARA N. HARVEY
DOUGLAS E. LIBBY
DIANE J. MOFFET
HON. MICHAEL F. MULLEN
RICHARD A. SHANE
RITA FISHMAN SHEENA

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
631.694.2300 • FAX: 631.694.2309
INTERNET: WWW.LAMBBARNOSKY.COM
EMAIL: ATTORNEY'S INITIALS @ LAMBBARNOSKY.COM
———————
SERVICE BY E-MAIL, FAX OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

OF COUNSEL
GARY HOLMAN
THOMAS A. O'ROURKE

ASSOCIATES
JACOB CHASE**
LINDSAY TOWNSEND CROCKER
GREGORY A. GILLEN**
CANDACE J. GOMEZ
MATTHEW J. MEHNERT
LAUREN SCHNITZER**
ALYSSA L. ZUCKERMAN

* ALSO ADMITTED IN CT
** ALSO ADMITTED IN NJ

November 7, 2016

**By ECF**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

Re:   Jaclyn Scoglio, et al. v. Riverhead Charter School, et al.
      Docket No.: 15-CV-5214(SJF)(GRB)

      Weaver, et al. v. Riverhead Charter School, et al.
      Docket No.: 15-CV-6992 (SJF)(GRB)

Dear Judge Feuerstein:

    This office is counsel to Defendant Raymond Ankrum in this matter.  The parties, are presently scheduled to appear before you for a status conference on November 8, 2016 at 11:15 a.m.  However, on November 4, 2016, the parties filed the attached separate stipulations consenting to the jurisdiction of the Magistrate Judge over both of these matters.

    Due to the filing of the stipulations consenting to Magistrate Judge Brown's jurisdiction, I, on behalf of all parties, filed a letter seeking an adjournment of that conference.  Earlier today, Judge Brown directed that this request be forwarded to your attention.  Given, however, the filing of the consent forms, the parties are not sure that a conference before you can still move forward.  In addition, conflicts have developed in the calendars of some of the attorneys in this case.  For these reasons, I reiterate the parties' prior request to Judge Brown and respectfully request on behalf of all parties that the conference be adjourned.

    Although the parties request an adjournment of Tuesday's conference, they do strongly believe that a conference before Judge Brown is appropriate in the immediate future for the

Lamb & Barnosky, LLP

Hon. Sandra J. Feuerstein, U.S.D.J.
November 7, 2016
Page 2 of 2

purpose of addressing several outstanding issues in advance of the December 20, 2016 discovery deadline. Specifically, there are two outstanding partial motions to dismiss and a motion to amend the complaint. In addition, the parties have made progress on the potential resolution of these cases and would like to address that topic with the Court, including our recently submitted joint application for an Order of referral to mediation. Accordingly, the parties would like to propose the following dates, subject of course to the Court's calendar, upon which the attorneys have no present conflicts for a potential conference before Judge Brown: November 15, November 17, the afternoon of November 18, November 21, November 22 or November 28.

The Court's continuing attention to this matter is greatly appreciated.

Respectfully submitted,

Matthew J. Mehnert

cc:    Hon. Gary R. Brown, U.S.M.J.
       Jon-Paul Gabriele, Esq.
       David Grech, Esq.
       Frank Giambalvo, Esq.